IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSIAH WILLIAMS,

   Petitioner,

     v.                                 CIVIL ACTION FILE
                                       NO. 1:12-CV-316-TWT

WARDEN KELLER
USP-ATLANTA,

   Respondent.

**ORDER**

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 6] recommending dismissing the Petition without prejudice for failure to exhaust administrative remedies and lack of standing. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

     SO ORDERED, this 20 day of May, 2014.

                                    /s/Thomas W. Thrash
                                    THOMAS W. THRASH, JR.
                                    United States District Judge